# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **HENRY SIMMONS, JR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 1:22-00386-KD-N |
| | ) |
| **MOBILE COUNTY BOARD OF SCHOOL COMMISSIONERS,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered December 18, 2023, it is ORDERED, ADJUDGED and DECREED that JUDGMENT is entered in favor of Defendant Mobile County Board of School Commissioners and against Plaintiff Henry Simmons, Jr.

**DONE** this the 18th day of **December 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**